**Order entered July 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00735-CR
### No. 05-12-00736-CR

## ZAKIR SHAIKH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause Nos. F11-00307-J & F11-00479-J

## ORDER

Before the Court is the District Clerk's June 27, 2012 request for an extension of time to file a Second Supplemental Clerk's Record containing a detailed itemization of the costs assessed in these cases that complies with articles 103.001 and 103.006 of the Texas Code of Criminal Procedure. We **GRANT** the request. The District Court is **ORDERED** to file the Second Supplemental Clerk's Record by **July 12, 2013**.

/s/    MICHAEL J. O'NEILL
        PRESIDING JUSTICE